PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

for the

# MIDDLE DISTRICT OF GEORGIA

## Waiver of Hearing to Modify Conditions of Supervised Release

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

1. You shall participate in a program approved by the U. S. Probation Office for substance abuse testing and, if necessary, treatment of alcohol/drug addiction or dependency.

Signed: *Billy Smith*
**Billy Smith**
Supervised Releasee

Witness: *J. Allen Bell*
J. Allen Bell
U.S. Probation Officer

Date: 12-9-04